UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 7

Nyenekor

-v-

City of Newburgh Police Chief et al

USCA NO. _____

SDNY NO. 07cv5761

JUDGE: KMW

DATE: July 24, 2007

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____
FIRM _____ APPEALS SECTION _____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES --------------------------------------

DOCUMENTS                                                         DOC#

Clerk's Certificate

See Attached List of Numbered Documents

( X ) Original Record                         ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24TH Day of July, 2007.

**United States District Court for**
**the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

----------------------------------------------------------

Nyemekor

-V-

U.S.D.C. # 07-cv-5761

D.C. JUDGE KMW

City of Newburgh Police Chief

----------------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24TH Day of July_____ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05761-KMW
### Internal Use Only

Nyenekor v. City of Newburgh Police Chief et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/18/2007
Date Terminated: 06/18/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Carpeah R. Nyenekaor, Sr.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | | Magistrate Judge Theodore H. Katz is so designated. (jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 2 | COMPLAINT against City of Newburgh Police Chief, Assistant Chief of Police Armatheur, Sgt. Smith, John Doe #1, Police Officer Loscerbo, Supervisor of Police Tow Truck, John Doe 2. Document filed by Carpeah R. Nyenekaor, Sr.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's application to proceed in forma pauperis, but dismiss the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed for failure to state claim upon which relief may be granted. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 07/09/2007 | 5 | PRO SE MEMORANDUM dated 7/11/07 re: CHANGE OF ADDRESS for Carpeah R. Nyenekor, Sr. New Address: 895-07-01032, George R. Vierno Center, 09-09 Hazen St., E. Elmhurst, NY, 11370. (tro) (Entered: 07/16/2007) |
| 07/09/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Carpeah R. Nyenekor, Sr. (tp) (Entered: 07/19/2007) |
| 07/09/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Carpeah R. Nyenekor, Sr. $455.00 APPEAL FEE DUE. IFP REVOKED 6/18/07. (tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 07/19/2007) |