# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

**Date:** 9/26/07

**Docket Number:** 07-3182-pr

**Short Title:** Nyenekor v. City of Newburgh Police Chief

**DC Docket Number:** 07-cv-5761

**DC:** SDNY (NEW YORK CITY)

**DC Judge:** Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-sixth day of September, two thousand seven.

Carpeah R. Nyenekor Sr.,

    Plaintiff-Appellant,

v.

City of Newburgh Police Chief, Assistant Chief of Police Armatheur, Sgt. Smith, John Doe #1, Police Officer Loscerbo, Supervisor of Police Tow Truck, John Doe 2

    Defendants-Appellees.

(Seal: UNITED STATES COURT OF APPEALS — FILED SEP 26 2007 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT)

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: Frank Perez
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: SEP 26 2007