MANDATE

S.D.N.Y.-N.Y.C.
07-cv-5761
Wood, C. J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of March, two thousand eight,

Present:

    Hon. Wilfred Feinberg,
    Hon. Peter W. Hall,
        *Circuit Judges,*
    Hon. Leonard B. Sand,*
        *District Judge.*

Carpeah R. Nyenekor Sr.,

    *Plaintiff-Appellant,*

v.                                                  07-3182-pr

City of Newburgh Police Chief, *et al.*,

    *Defendants-Appellees.*

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____
    DEPUTY CLERK

By: _____

*The Honorable Leonard B. Sand, United States District Court for the Southern District of New York, sitting by designation.

SAO-MTA

Issued as Mandate: 7/9/08